**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. '14 – CV – 00855

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2014 MAR 24   PM 3: 44

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

(To be supplied by the court)

Jason W Bullock , Plaintiff,

v.

Hans C. Coester ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

_____

**COMPLAINT**

_____

(Rev. 07/06)

**PARTIES**

1.   Plaintiff __Jason W Bullock__ is a citizen of __United States__
who presently resides at the following address:
__161630 CR 19.5 CARR CO 80612__

2.   Defendant __Hans C. Coester__ is a citizen of __United States__
who live(s) at or is/are located at the following address:
__BRAIN AND SPINE Clinic 1107 S LeMAy AVE Suk 240__

3.   Defendant _____ is a citizen of __Fort Collins Co__
who live(s) at or is/are located at the following address: __80524__
_____

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4.   Jurisdiction is asserted pursuant to following statutory authorities:
_____
_____
_____

5.   Briefly state the background of your case:

#1   On March 26, 2012 I fell from a ladder and Broke my back. On March 27, 2012, the Defendant Operated on my back, Hans C. Coester operated on L-1, my X-Rays 16 ¢ CT SCANS, MRI's show my back was broke at T-12. Hans C. Coester placed a vertbra in my back giving Me 6 Lumbar Vertbra, and fused my back from T-12 To L-2, by doing the wrong place of my back I am hunch-backed and had to have the hardware removed from my back.

(Rev. 07/06)                    2    * ATTACHED IS PROOF OF WHERE MY BACK WAS BROKE.

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

#2 By the Defendant HANS C. Coester operating on and adding L-1 to my back has caused me to have multiple surgerys and a lifetime of problems and pain. I, Jason W. Bullock have not or did not receive quality standard of care from HANS C. Coester, I was given no physical therapy, only two office visits and was told to do my own therapy and was given a book inwhich I have, along with every medical document from this tragic event.

**SECOND CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

#3   The Documents Showing where the Defendant: HANS C. Coester operated on my back with NO X rays, CT SCANS, MRI's of the location of the operated area. L-1

#4   I JAson W Bullock. have undergone a second Back Surgery to remove the hardware that the defendant placed incorrectly in my back. My previous information im paragraph #1 documents show my back was broke at T-12-NOT L-1.

#5   I have (JASON W Bullock) Plantiff undergone a current total of 7 surgeries and have more to undergo due to the Orignal operation

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

There was no standard of care, No physical therephy, he seen me twice in 6 monthes. He never told me that he operated on a different part of my back then what the x-rays, CT Scans, and MRI's had shown. My back was broke at T-12 Dr. Coester operated on (L-1) he added an extra disk to my back. This made me hunched over, I almost lost both of my arms because I was fused right when my back was broke.

## REQUEST FOR RELIEF

Plaintiff requests the following relief: $6,000,000 DOLLARS, All medical bills paid in full, current, and future medical bills until my death. Revocation of (his): Defendant: Has C. Coester medical license. So no further harm can't be done to ANYONE.

Date: 3/21/14

_____
(Plaintiff's Original Signature)

66630 CR 19.5
(Street Address)

Carr Co 80612
(City, State, ZIP)

(970) 397-7269
(Telephone Number)

MEDICAL CENTER OF THE ROCKIES
LOVELAND, COLORADO

NAME:        BULLOCK, JASON W          ADM DATE:   03/26/12
UNIT #:      UN01626424                ROOM #:     M 4110
ACCT #:      MR00355008                LOCATION:   M 4N
DOB:         08/29/1975
ATT PHYS:    CHRIS CRIBARI MD


JOB NUMBER: 2477105

NOTE: At the time of transcription of this report, there were blank(s) to
be edited by the dictating clinician. By signing this report, I attest
that I have reviewed all of the blanks in the document and have either
corrected them and/or have no further information to add.

NOTE: The work type for this report was miscoded as an operative report
(02) on the dictation system by the provider and, therefore, did not
receive proper priority status.

CHIEF COMPLAINT:  Spine fracture.

HISTORY:  The patient states he fell off of a ladder with the immediate
onset of terrible back pain, some pain radiating into his groin and
abdominal region. He was miserable with this pain, had no weakness in the
legs and no sensory deficits according to the patient.

PAST MEDICAL HISTORY:  Reveals no chronic medical problems.

PAST SURGICAL HISTORY:  Remarkable for finger surgery and eye surgery. He
has no history of _____ surgery.

MEDICATIONS ON ADMISSION:  None.

ALLERGIES:  None.

SOCIAL HISTORY:  He works as a hairdresser.

PHYSICAL EXAMINATION:  On examination, he is clearly uncomfortable. He is
alert and fully oriented. Pupils reactive, EOM intact and symmetric. He
has normal strength in deltoids, biceps, triceps, quadriceps, dorsiflexion
and plantar flexion. Sensation intact to light touch and heat and cold
over the upper and lower extremities. He has downgoing toes.

CT scan shows a comminuted burst fracture with more than 40% loss of
height and a slight retropulsion. MRI scan confirms these findings.

I did advise the patient that I thought he had a burst fracture. It would
be reasonable I think to give him a trial of treating it in a brace. The
risks were increased kyphosis and ongoing pain. I think it would also be
reasonable to do a kyphoplasty at L1 and a short segment fixation with


**PAGE 1    CONSULTATION REPLY**

NAME:          BULLOCK, JASON W              ADM DATE:    03/26/12
UNIT #:        UN01626424                   ROOM #:      M 4110
ACCT #:        MR00355008                   LOCATION:    M 4N
DOB:           08/29/1975
ATT PHYS:      CHRIS CRIBARI MD

pedicle screws from T12 to L2.  I told him that a kyphoplasty was not
approved by the FDA for acute traumatic fractures in people with
osteoporosis but I think it would be effective.  We talked about the risk
of extravasation of bone cement with embolization of the heart, lungs or
brain with catastrophic, devastating consequences.  We talked about the
risk of spinal cord or nerve root injury.  We talked about pedicle screw
fixation and the risk of bleeding, infection, spinal fluid leak, which
could be catastrophic or fatal as well as risk of paralysis, increased
pain, loss of range of motion of the back, need for additional surgery.
At this point, the patient thinks he would like to proceed with surgery.
He was told that he has all the time he wants to make his decision and it
would be fine to get other opinions if he would like.

Transcribed By:      BJB3   03/27/12 0700

Report Dictated By: HANS C COESTER MD   03/26/12 2133
Report E-Signed By: HANS C COESTER MD   04/05/12 1330

cc

PAGE 2    CONSULTATION REPLY



# Poudre Valley Medical Group
## POUDRE VALLEY HEALTH SYSTEM

**SITE INFORMATION**
PVMG - Brain and Spine
1107 S. Lemay, Suite 240
Fort Collins, CO, 80524
Phone: (970) 495-7421
Fax: (970) 495-7424

Encounter Date: 05/17/2012 11:17AM

**PATIENT INFORMATION**
JASON W. BULLOCK
DOB: 08/29/1975 [37  years old]
MRN: 1249073
Home Phone: (970) 397-7269

**Message**

JOB NUMBER:  2559964
PATIENT NAME:  BULLOCK, JASON
DATE OF BIRTH:
DATE OF SERVICE:  05/17/2012

The patient has been having some bilateral abdominal pain and hip pain.  I got a CT scan of his abdomen and pelvis to evaluate this.  This shows no abnormality in the abdomen, pelvis or retroperitoneal space.  His hardware appears to be intact at the fused level from T12-L1 and his fusion construct looks quite good.  I think we need to manage him symptomatically this point and will see him back in the office with flexion, extension x-rays when he is 12 weeks out from his lumbar fusion.

HANS C COESTER MD

NKR  05/18/2012 13:19:04
DIC    05/17/2012 19:19:00
cc

**Results/Data**

# PVMG - Brain and Spine

**1107 S. Lemay, Suite 240**
**Fort Collins,CO 80524**
**(970) 495-7421**

**Patient:** BULLOCK, JASON W
PO BOX 34
WELLINGTON, CO 80549

**Age/Sex/DOB:** 37 yrs  M  29-Aug-1975
**EMRN:** 1249073
**OMRN:** 1249073
**Home:** (970) 397-7269
**Work:** (970) 568-1224

---

## Results

**Lab Accession #**   A000756659
**Ordering Provider:**   Coester,Hans
**Performing Location:**

**Collected:**   6/22/2012 10:52:00AM
**Resulted:**   6/22/2012 10:52:00AM
**Verified By:**   Coester, Hans
**Auto Verify:** N

**Spine Lumbosacral Min 4 Views**

**Stage:**   **Final**

| Test | Result | Units | Flag Reference Range |
|------|--------|-------|----------------------|
| Spine Lumbosacral Min 4 Views | | | |

```
        POUDRE VALLEY HOSPITAL
        POUDRE VALLEY HEALTH SYSTEM
        Medical Imaging
        1024 SOUTH LEMAY AVE. FORT COLLINS, CO  80524 (970) 495-8600
```

```
        PATIENT: BULLOCK,JASON W ACCT NUMBER: PV07132318
        DOB: 08/29/1975 UNIT NUMBER: UN01626424
        AGE/SEX: 36/M LOCATION: P RAD
        ORDERING PROVIDER: COESTER, HANS C MD EXAM DATE: 06/22/12

        CC:

        EXAM(S):
```

```
        SPINE LUMBOSACRAL MIN 4 VIEWS
```

```
        EXAMINATION:  AP and lateral lumbar spine, with flexion and extension
        views from 06/22/2012.

        HISTORY:  Followup fusion.

        COMPARISON:  Comparison is made with an MRI scan of the lumbar spine
        from 03/26/2012.

        FINDINGS:  There is a moderate compression fracture deformity of T12.
        Opaque material is present in the body of T12 consistent with a
        kyphoplasty.  The patient has undergone posterior fusion from T11 to
```

**Patient: BULLOCK, JASON W**                          EMRN: 1249073

| Test | Result | Units | Flag Reference Range |
|------|--------|-------|----------------------|

L1.  Bilateral pedicle screw and plate devices are in place.  They are transfixed by pedicle screws bilaterally at the T11 and L1 levels. There is no evidence of motion at the fused levels with flexion and extension.

No other vertebral body fractures are identified.  There are Schmorl's nodes in the superior endplates of L2, L3 and L4.  The posterior elements align appropriately.

It appears that S1 is a transitional lumbosacral vertebra.

IMPRESSION:

1.  Stable-appearing fusion from T11 to L1.

2.  There is a moderate compression fracture deformity of T12, which has undergone kyphoplasty.

3.  No acute-appearing bony abnormalities are identified.

2NTS  06/22/12 1052

Report Dictated By: CHARLES J SINGER MD   06/22/12 1035
Report E-Signed By: CHARLES J SINGER MD   06/22/12 1136

# PVMG - Brain and Spine

**1107 S. Lemay, Suite 240**
**Fort Collins,CO 80524**
**(970) 495-7421**

| | | | |
|---|---|---|---|
| **Patient:** | BULLOCK, JASON W<br>PO BOX 34<br>WELLINGTON, CO 80549 | **Age/Sex/DOB:**<br>**EMRN:**<br>**OMRN:**<br>**Home:**<br>**Work:** | 37 yrs  M  29-Aug-1975<br>1249073<br>1249073<br>(970) 397-7269<br>(970) 568-1224 |

## Results

| | | | |
|---|---|---|---|
| **Lab Accession #** | A000711321 | **Collected:** | 5/16/2012 12:01:00PM |
| **Ordering Provider:** | Coester,Hans | **Resulted:** | 5/16/2012 12:01:00PM |
| **Performing Location:** | | **Verified By:** | Coester, Hans |
| | | **Auto Verify:** | N |

**CT Abd / Pelvis w contrast**                                        **Stage:**      **Final**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| CT Abd / Pelvis w contrast | | | |

```
     POUDRE VALLEY HOSPITAL
     POUDRE VALLEY HEALTH SYSTEM
     Medical Imaging
     1024 SOUTH LEMAY AVE. FORT COLLINS, CO  80524 (970) 495-8600
```

```
     PATIENT: BULLOCK,JASON W ACCT NUMBER: PV07084328
     DOB: 08/29/1975 UNIT NUMBER: UN01626424
     AGE/SEX: 36/M LOCATION: P CAT
     ORDERING PROVIDER: COESTER, HANS C MD EXAM DATE: 05/16/12

     CC:

     EXAM(S):

     CT ABD/PELVIS WO CONT


     EXAMINATION:
     CT abdomen without IV contrast.
     CT pelvis without IV contrast.

     HISTORY:  Trauma.

     TECHNIQUE:  Spiral scan was obtained through the abdomen and pelvis
     without intravenous contrast.

     COMPARISON:  Prior CT of thoracic spine dated 03/26/2012.
```

**Patient: BULLOCK, JASON W**                                    **EMRN: 1249073**

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|

FINDINGS:
Please note that without intravenous contrast, sensitivity to
detection of parenchymal disease is limited.

Liver / biliary:  Negative.
Pancreas:  Negative.
Spleen:  Negative.
Adrenal glands:  Negative.
Kidneys / retroperitoneum:  Negative.
Pelvic GU structures:  Negative.

Bowel / peritoneum / mesenteries:  Negative.

Vessels:  Negative.

Musculoskeletal / body wall:  Status post kyphoplasty of a T12 burst
fracture with T11-L1 posterior fusion.  There is bone graft material
seen posteriorly.  No discrete postoperative fluid collection.

Lymph node assessment:  Negative.

Lower chest:  Mild bibasilar airspace disease that is likely
atelectasis.

IMPRESSION:

1.  Postoperative changes from T11-L1.  No postoperative fluid
collection identified.

2.  Mild basilar atelectasis.

3.  Otherwise, unremarkable examination.

2NTS  05/16/12 1201

Report Dictated By: STANLEY WEINSTEIN MD  05/16/12 1153
Report E-Signed By: STANLEY WEINSTEIN MD   05/16/12 1423

# PVMG - Brain and Spine

**1107 S. Lemay, Suite 240**
**Fort Collins,CO 80524**
**(970) 495-7421**

| | | |
|---|---|---|
| Patient: | BULLOCK, JASON W | |
| | PO BOX 34 | |
| | WELLINGTON, CO 80549 | |

| | |
|---|---|
| Age/Sex/DOB: | 37 yrs  M  29-Aug-1975 |
| EMRN: | 1249073 |
| OMRN: | 1249073 |
| Home: | (970) 397-7269 |
| Work: | (970) 568-1224 |

## Results

| | | | |
|---|---|---|---|
| Lab Accession # | 051812:HE713 | Collected: | 5/18/2012  3:33:00PM |
| Ordering Provider: | Coester,Hans | Resulted: | 5/18/2012  5:37:00PM |
| Performing Location: | PVHS Lab | Verified By: | Coester, Hans |
| | | Auto Verify: | N |

**ESR - ERYTHROCYTE SED RATE  Sedrate**                    Stage:        Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| ERYTHROCYTE SED RATE | 11 | MM/HR | H | 0-10 |

## MEDICAL CENTER OF THE ROCKIES
### POUDRE VALLEY HEALTH SYSTEM
Medical Imaging
LOVELAND, CO 80538

2500 ROCKY MOUNTAIN AVENUE

(970) 624-2500

**PATIENT:** BULLOCK, JASON W
**DOB:** 08/29/1975
**AGE/SEX:** 36/M
**ORDERING PROVIDER:** TEUMER, JAMES K DO

**ACCT NUMBER:** MR00355008
**UNIT NUMBER:** UN01626424
**LOCATION:** M 2N
**EXAM DATE:** 03/26/12

**CC:**

**EXAM(S):**

SPINE THORACIC 2 VIEWS

EXAMINATION:  Thoracic spine, crosstable lateral.

Lumbar dictated earlier did show a T12 compression felt to be acute.
Unfortunately, detail on these crosstable lateral views of the
thoracic spine is limited due to rib overlie and I cannot with any
competence exclude an additional fracture above the T12 level.  I
would recommend a full thoracic CT  and I discussed this with Dr.
Teumer.  I do not see obvious pedicle disruption on the AP view.

IMPRESSION:

Limited detail for the thoracic above the fracture at the T12 level
and I cannot exclude additional more superior fracture.  CT
recommended.

Discussed with Dr. Teumer at 3:45 p.m.

DF1  03/26/12  1623

Report Dictated By: GARY J PEET MD  03/26/12  1553
Report E-Signed By: GARY J PEET MD  03/27/12  0806

## MEDICAL CENTER OF THE ROCKIES
### POUDRE VALLEY HEALTH SYSTEM
#### Medical Imaging
LOVELAND, CO 80538

2500 ROCKY MOUNTAIN AVENUE

(970) 624-2500

**PATIENT:** BULLOCK, JASON W
**DOB:** 08/29/1975
**AGE/SEX:** 36/M
**ORDERING PROVIDER:** TEUMER, JAMES K DO

**ACCT NUMBER:** MR00355008
**UNIT NUMBER:** UN01626424
**LOCATION:** M 2N
**EXAM DATE:** 03/26/12

**CC:**

**EXAM(S):**

SPINE LUMBOSACRAL TRAUMA 2/3 V

EXAMINATION:  Lumbar spine supine AP film and lateral crosstable.

COMPARISON:  Previous 05/17/2007.

FINDINGS:  T12 has a moderate to severe acute wedging, there is
approximately 50% loss of height of it anteriorly.  Slight
retropulsion posterior margin ;   a CT would be more sensitive and
specific in excluding a burst type fracture.  Based on what I see
radiographically this is probably more of a compression than a burst,
but CT would typically be recommended.  No additional level of
acute-appearing fracture seen.

IMPRESSION:

There is at least 50% wedge compression fracture or less likely burst
fracture at T12 with a slight retropulsion of the posterior upper
margin of T12.  CT recommended for further evaluation.

DF1  03/26/12 1608

Report Dictated By: GARY J PEET MD  03/26/12 1544
Report E-Signed By: GARY J PEET MD   03/27/12 0806

PAGE 1      This is a Signed Report

**MEDICAL CENTER OF THE ROCKIES**
POUDRE VALLEY HEALTH SYSTEM
Medical Imaging
LOVELAND, CO 80538

(970) 624-2500

2500 ROCKY MOUNTAIN AVENUE

---

**PATIENT:** BULLOCK, JASON W
**DOB:** 08/29/1975
**AGE/SEX:** 36/M
**ORDERING PROVIDER:** TEUMER, JAMES K DO

**ACCT NUMBER:** MR00355008
**UNIT NUMBER:** UN01626424
**LOCATION:** M ED
**EXAM DATE:** 03/26/12

**CC:**

**EXAM(S):**

---

CT THORACIC SPINE W/O CONTRAST

EXAMINATION:  CT scan of the thoracic spine without contrast, computer reconstructions.

HISTORY:  T12 fracture, fall from ladder.

COMPARISON:  Thoracolumbar spine radiographs 03/26/2012, lumbar spine radiographs 05/17/2007.

TECHNIQUE:  2-mm thick axial CT images were obtained of the thoracic spine.  No intravenous contrast.  Sagittal and coronal computer reconstructions were performed.

FINDINGS:  A severely comminuted fracture is present in the T12 vertebral body resulting in 50% loss of vertebral body height, new compared to 05/17/2007.  Bony fragments are retropulsed 4 mm posteriorly into the spinal canal.  Intraspinal detail is limited. Fractures extend into the bases of the T12 pedicles.  A nondisplaced fracture is present in the left T12 lamina.  The posterior elements are otherwise unremarkable.  A hematoma measuring approximately 9 mm in thickness is present in the prevertebral soft tissues at the T12 level.  Developmental endplate irregularities are present at multiple levels in the mid and lower thoracic spine.  The cervicothoracic junction and the thoracolumbar junction are otherwise unremarkable. The thoracic discs are slightly short at all levels, probably developmental.  Streaky densities are present in both lungs.

IMPRESSION:

1.  T12 burst fracture involving the pedicles and left T12 lamina.

2.  4-mm retropulsion of a T12 vertebral body fragment into the central spinal canal.

3.  Findings consistent with old multilevel juvenile epiphysitis.

Findings have been discussed with Dr. Jamie Teumer on 03/26/2012.

DF1  03/26/12 1751

PAGE 1      This is a Signed Report

**MEDICAL CENTER OF THE ROCKIES**
POUDRE VALLEY HEALTH SYSTEM
Medical Imaging
LOVELAND, CO 80538

2500 ROCKY MOUNTAIN AVENUE

(970) 624-2500

**PATIENT:** BULLOCK, JASON W
**DOB:** 08/29/1975
**AGE/SEX:** 36/M
**ORDERING PROVIDER:** TEUMER, JAMES K DO

**CC:**

**ACCT NUMBER:** MR00355008
**UNIT NUMBER:** UN01626424
**LOCATION:** M 2N
**EXAM DATE:** 03/26/12

**EXAM(S):**

MRI LUMBAR SPINE W/O CONT; MRI THORACIC SPINE W/O CONT

EXAMINATION:  Thoracic spine MRI scan without contrast, and lumbar spine MRI scan without contrast.

HISTORY:  Fall from ladder, thoracic spine compression fracture.

COMPARISON:  Thoracic spine CT scan 03/26/2012.

TECHNIQUE:  Multiplanar MR images were obtained of the thoracic and lumbar spine.  No intravenous contrast.

FINDINGS:  A comminuted fracture is present in the T12 vertebral body resulting in 50% loss of vertebral body height.  Cortical bony detail is somewhat limited.  Moderate edema is present in the T12 centrum. A bony fragment is retropulsed 4 mm posteriorly into the spinal canal causing mild to moderate ventral indentation on the thecal sac but no significant compression of the spinal cord.  The conus medullaris terminates at T12-L1.  The thoracic spinal cord is otherwise unremarkable.  The fractures extend into the bases of the T12 pedicles.  The known left T12 nondisplaced laminar fracture is not visualized by MR.  The T11-12 and T12-L1 intervertebral foramina are otherwise unremarkable.  A thin hematoma is present in the paravertebral soft tissues along the anterior and lateral aspects of the T12 vertebral body.  Developmental endplate irregularities and small Schmorl nodes are present at multiple levels throughout the mid and lower thoracic spine.  Discogenic mild signal abnormalities are present along the endplates at several levels in the lower thoracic spine.  Chronic-appearing endplate irregularities are present at multiple levels in the lumbar spine.  The lumbar thecal sac and posterior elements are otherwise unremarkable.  The urinary bladder is mildly distended.

IMPRESSION:

1.  T12 burst fracture.

2.  Mild retropulsion of a T12 bony fragment causing a mild ventral indentation on the thecal sac.

3.  Multilevel old thoracolumbar juvenile epiphysitis.

PAGE 1     This is a Signed Report

SITE:   MEDICAL CENTER OF THE ROCKIES; (970) 624-2500
PATIENT: BULLOCK, JASON W
DOB:   08/29/1975
UNIT NUMBER: UN01626424
ACCT NUMBER:  MR00355008
EXAM(S): MRI LUMBAR SPINE WO CONT; MRI THORACIC SPINE WO CONT


4.  Mild distention of the urinary bladder.

The findings have been discussed with Dr. Eric Wideman on 03/26/2012.

DF1   03/26/12 2146


Report Dictated By: WINFIELD M CRAVEN MD   03/26/12 2115
Report E-Signed By: WINFIELD M CRAVEN MD   03/26/12 2225

## MEDICAL CENTER OF THE ROCKIES
## LOVELAND, COLORADO

NAME:        BULLOCK,JASON W            ADM DATE:    03/26/12
UNIT #:      UN01626424                 ROOM #:      M 4110
ACCT #:      MR00355008                 LOCATION:    M 4N
DOB:         08/29/1975
ATT PHYS:    CHRIS CRIBARI MD

JOB NUMBER: 2477206

CHIEF COMPLAINT:  Fall with immediate back pain.

HISTORY OF PRESENT ILLNESS:  This is a 36-year-old male who fell approximately 5 feet from his ladder today.  He fell backward, landing on his back into a pile of dirt with some hyperextension.  He experienced immediate pain and reported some tingling, which has now resolved.  He presented to the Emergency Department where CT scan revealed a T12 burst fracture.  MRI was subsequently done confirming a T12 burst fracture with mild retropulsion of bony fragments into the spinal canal.  Also noted was multilevel old thoracolumbar juvenile apophysitis.  He is able to move all extremities with sensation intact.

PAST MEDICAL HISTORY:  Claustrophobia.

PAST SURGICAL HISTORY:  Right eye surgery secondary to strabismus as a child, right thumb surgery secondary to trauma.

ALLERGIES:  He denies allergies to medications.

MEDICATIONS:  Melatonin and Benadryl p.r.n.

SOCIAL HISTORY:  He denies tobacco or drug use.  He does consume approximately 12 beers per week.

FAMILY HISTORY:  Significant for CVA, lung cancer and congestive heart failure.

REVIEW OF SYSTEMS:  Complete review of systems was accomplished and is negative except as stated per HPI.

PHYSICAL EXAMINATION:

VITAL SIGNS:  Temperature 98.0, heart rate 112, respirations 18, blood pressure 122/75, O2 saturation 95% O2 at 2 liters per nasal prongs.

GENERAL:  This is a well-developed, well-nourished appearing male, resting on the ER gurney in mild to moderate distress secondary to back pain.

HEENT:  Normocephalic. Head is atraumatic.  Pupils are equal, round and reactive to light with extraocular movements intact.  Sclerae are anicteric.  Oropharynx is clear.  Mucous membranes are moist.

```
NAME:         BULLOCK,JASON W          ADM DATE:    03/26/12
UNIT #:       UN01626424               ROOM #:      M 4110
ACCT #:       MR00355008               LOCATION:    M 4N
DOB:          08/29/1975
ATT PHYS:     CHRIS CRIBARI MD
```

NECK:  Supple and nontender to palpation.

CARDIAC:  Heart rate and rhythm are regular without murmurs, rubs or gallops.

LUNGS:  Clear to auscultation bilaterally.

ABDOMEN:  Soft, slightly distended with bowel sounds present all 4 quadrants.  There is mild tenderness to palpation over the lower quadrants bilaterally.  There is no rebound or guarding.

Peripheral pulses are palpable.  There is no cyanosis, clubbing or edema. Sensation and movement are intact all 4 extremities.

NEUROLOGIC:  He is awake, alert and oriented x4 and moves all 4 extremities without difficulty.

RADIOLOGIC  DATA:  As per HPI.

IMPRESSION AND PLAN:  Fall with a T12 burst fracture.  MRI will be accomplished prior to leaving the Emergency Department.  We will admit him to the intensive care unit with spinal precautions and close observation. We will ask Dr. Coester of the neurosurgical service to further evaluate him for consideration of surgical intervention for his T12 burst fracture. This plan has been reviewed with the patient who agrees with the plan as stated.  He has multiple family members at the bedside who are very supportive of him.

This patient was seen, examined and discussed directly with Dr. Chris Cribari in the Emergency Department.  The plan as stated above reflects his input.


Transcribed By:       VOH    03/27/12 0029

Report Dictated By:  SUSAN G STANTON PA-C  03/26/12 2339
Report Co-Signer:    CRIBARI MD,CHRIS

Report E-Signed By:  SUSAN G STANTON PA-C   03/29/12 1852
Report E-Signed By:  CHRIS CRIBARI MD    03/29/12 1704


cc

MEDICAL CENTER OF THE ROCKIES
LOVELAND, COLORADO

NAME:        BULLOCK,JASON W
UNIT #:      UN01626424
ACCT #:      MR00355008
DOB:         08/29/1975
DATE:        03/26/12

JOB NUMBER: 2477504

This is a 36-year-old white male who arrives to the Emergency Department
by ambulance and seen by myself.

CHIEF COMPLAINT:  Fall and back pain.

HISTORY OF CHIEF COMPLAINT:  The patient was on a ladder when he fell
somewhere around 6-8 feet off the ladder, landing on his back and a little
bit of the buttock area and he landed on a mound of dirt.  He got up and
walked about 15 feet before he had so much pain, he said he nearly passed
out.  He laid back down and called 911.  He denies striking his head,
denies any loss of consciousness, neck pain, chest pain, shortness of
breath, hemoptysis, abdominal pain, pain, numbness, tingling, weakness to
extremities or alteration in bowel or bladder.  His only complaint at this
time is mid to lower back pain.  He denies a previous history of problems
to the same.

ALLERGIES:  None.

CURRENT MEDICATIONS:  None.

PRIOR MEDICAL HISTORY:  Negative.

PRIOR SURGICAL HISTORY:  Negative.

SOCIAL HISTORY:  No alcohol, tobacco or drugs.  He is a hairdresser.

FAMILY HISTORY:  Negative.

REVIEW OF SYSTEMS:  Significant for the presenting symptomatology today.

GENERAL:  He denied any recent fevers, chills or weight loss.

EENT:  Denies any facial bone trauma, epistaxis, malocclusion or trismus.

CARDIOVASCULAR:  Denies any chest pain.

RESPIRATORY:  Denies any shortness of breath or hemoptysis.

GI:  Denies abdominal pain or alteration in bowel.

GU:  Denies alteration in bladder.

```
NAME:        BULLOCK,JASON W
UNIT #:      UN01626424
ACCT #:      MR00355008
DOB:         08/29/1975
DATE:        03/26/12
```

MUSCULOSKELETAL:  Significant for mid to low back pain from the fall.
Also he feels like he has a little bit of "pelvic pressure" with this.

SKIN:  Negative.

NEUROLOGIC:  He denies any loss of consciousness, numbness, tingling,
weakness to extremities.

PSYCHIATRIC:  Negative.

ENDOCRINE:  Negative.

HEMATOLOGIC:  Negative.

IMMUNOLOGIC:  Negative.

All other systems are reviewed and negative at this time.

PHYSICAL EXAMINATION:

His blood pressure is 90/71 when he first arrived, pulse 80, respiratory
rate 17, temperature 98.9, pulse oximetry was 81% on room air and we
immediately had them recheck these vitals and when we did, his blood
pressure is 117/81 and his pulse oximetry was 95% on 3 liters.

GENERAL:  Well-developed, well-nourished white male, arrives on a long
board with C-spine precautions intact.

HEENT:  Head is normocephalic, atraumatic.  EACs patent.  There is no
hemotympanum.  His pupils are reactive to light and accommodation.
Extraocular muscles were intact.  Funduscopic exam is unremarkable.  There
is no facial bone tenderness, epistaxis, malocclusion or trismus.

NECK:  Immobilized and he had quite a bit of back pain and so I did
palpate multiple times his neck to see if any pain there with concern for
distracting injury, but he was adamant that there is no neck pain.
Trachea is midline.  There is no JVD.

CHEST:  Heart rhythm regular without S3, S4 murmur.

LUNGS:  Clear to auscultation to all fields.  There is no chest wall
tenderness, crepitus, subq emphysema or abnormal respiratory motion.

ABDOMEN:  Flat, soft and nontender.  No mass, organomegaly nor any
guarding or rigidity.  Bowel sounds are normoactive throughout.  He has no
CVA tenderness.

PELVIS:  Nontender upon AP and lateral compression.  Despite his feeling

```
NAME:        BULLOCK,JASON W
UNIT #:      UN01626424
ACCT #:      MR00355008
DOB:         08/29/1975
DATE:        03/26/12
```

of pressure, he has no pain with palpation.

EXTREMITIES:  He is moving all his extremities.  They were nontender.  His pulses were 2/4 and equal bilaterally.  Pressures equal in both upper extremities.  Reflexes and strength are within normal limits.  He had normal sensation.  We did not ambulate him.

SPINE:  Palpation of the entire length of the spine basically shows tenderness from about the lower third of his thoracic spine to the middle third of his lumbar spine.  There is no obvious step-off or crepitus.

NEUROLOGICAL EXAMINATION:  Awake, alert and oriented to person, place and time.  His cranial nerves II-XII appear to be grossly intact.

EMERGENCY DEPARTMENT LABORATORY EVALUATION:  Urinalysis dip is negative. Plain films of his lumbar and thoracic spine do show what looks like a significant compression fracture at T12 with greater than 50% height loss.  Pelvic x-ray was also unremarkable.  We then went ahead and got a CAT scan because of this significant fracture.  It does show fracture through the lamina of the pedicle at about 3-4 mm retropulsion of a fragment at T12.

EMERGENCY DEPARTMENT:  When he first arrived, as mentioned before he was on a long board.  We very carefully rolled him and took the board out from under him after rolling him.  I did reassess his neurovascular status, nothing had changed with the movement.  We have been titrating morphine followed by Dilaudid and Valium for his discomfort.  Eventually I did speak with Dr. Cribari who is on-call for trauma surgery.  We went ahead and ordered an MRI of his thoracic spine and his care is being turned over to Dr. Cribari and Dr. Coester who is on for neurosurgery.

IMPRESSION:  T12 compression fracture status post fall

The condition on being turned over is stable.

Please note, his neurological exam never changed.  He never had any motor or sensory deficit with this or any alteration in bowel or bladder.


Transcribed By:      LAH15      03/27/12 1441

Report Dictated By: JAMES K TEUMER DO  03/27/12 0900
Report E-Signed By: JAMES K TEUMER DO    03/31/12 2319


cc

## MEDICAL CENTER OF THE ROCKIES
## LOVELAND, COLORADO

NAME:        BULLOCK, JASON W        ADM DATE:    03/26/12
UNIT #:      UN01626424             ROOM #:      M 4110
ACCT #:      MR00355008             LOCATION:    M 4N
DOB:         08/29/1975
ATT PHYS:    CHRIS CRIBARI MD


JOB NUMBER: 2480651

DATE OF OPERATION:  03/27/2012

PREOPERATIVE DIAGNOSIS:  L1 burst fracture.

POSTOPERATIVE DIAGNOSIS:  L1 burst fracture.

OPERATION:

1.  L1 open reduction of a burst fracture.

2.  T12-L1-L2 (2-level) posterolateral fusion.

3.  Nonsegmental pedicle screw instrumentation from T12 to L2 using Medtronic Legacy pedicle screws.

4.  L1 vertebroplasty.

SURGEON:  HANS C COESTER MD

ASSISTANT:  PEGGY SCHLOMER RNFA.

ANESTHESIA:  General endotracheal.

ESTIMATED BLOOD LOSS:  200 mL

COMPLICATIONS:  None.

HISTORY:  The patient has a history of intractable back pain after burst fracture.  She has comminuted fragments and 50% loss of height.  Given the option of surgical intervention or bracing, he wished to proceed with surgical intervention.  He was advised extensively of the risks of the procedure.

PROCEDURE:  The patient was taken to the operating room and IV access was assured.  He was intubated, positioned prepped and draped in a routine fashion.  An incision was made in the midline from the top of T12 down to L2 and deepened down to the tips of the spinous processes.  Using the Bovie and periosteal elevator, the soft tissues cleared out laterally bilaterally the spinous process, interlaminar space and lateral masses and x-rays taken to confirm the appropriate level had been identified.  The

```
NAME:        BULLOCK,JASON W          ADM DATE:    03/26/12
UNIT #:      UN01626424               ROOM #:      M 4110
ACCT #:      MR00355008               LOCATION:    M 4N
DOB:         08/29/1975
ATT PHYS:    CHRIS CRIBARI MD
```

gearshift was used to identify the L2 pedicle bilaterally and the T12
pedicle bilaterally.  Pedicle tapped, checked with a check probe and 6.5
mm screws were placed in each pedicle.  Rods were placed and distraction
was performed across rods, reducing the fracture to some degree.
Tightening was performed.  At this point, the O-arm was brought into the
field and using biplane fluoroscopy, one-stop needles for the
vertebroplasty were advanced into the L1 vertebral body.  The holes were
drilled out.  There was a problem with the arm and once that got repaired
using biplane fluoroscopy, the fracture cavity was filled with bone cement
and then the needle was withdrawn.  At this point, the spinous processes
were removed and denuded of all soft tissue and morcellized for bone
graft.  Graft and morselized allograft and autograft was then packed over
the decorticated posterior elements.  The paraspinous muscles were
injected with Marcaine and Depo-Medrol and the wound was closed in layers
in a routine fashion without complications.  The patient was extubated and
transferred to the recovery room in stable neurological condition.


Transcribed By:    VOH  03/28/12 2306

Report Dictated By: HANS C COESTER MD  03/28/12 1811
Report E-Signed By: HANS C COESTER MD  04/05/12 1330


cc

PAGE 2    OPERATIVE REPORT

MEDICAL CENTER OF THE ROCKIES
LOVELAND, COLORADO

NAME:            BULLOCK,JASON W
UNIT #:          UN01626424
ACCT #:          MR00355008
ADM DATE:        03/26/12
DOB:             08/29/1975
DISCHARGE DATE:  03/29/12


JOB NUMBER: 2546239

DISCHARGE DIAGNOSES INCLUDE:

1.  Injuries sustained in a fall.

2.  T12 burst fracture.

3.  Pleural effusion.

4.  Right lower lobe atelectasis.

OPERATIONS AND PROCEDURES:  On 03/27/2012, this patient had an open
reduction of L1, a posterolateral fusion of T12, L1 and L2 and an L1
vertebroplasty by Dr. Hans Coester.

CONSULTATIONS:  Dr. Hans Coester of neurosurgery.

MECHANISM OF INJURY:  This is a 36-year-old male who fell approximately 5
feet off of a ladder, landing on his back.  He reports immediate onset of
back pain with some tingling.  He was able to ambulate and was brought by
private vehicle to Medical Center of the Rockies for evaluation.  X-rays,
CAT scans and MRIs of the thoracic and lumbar spine were completed,
revealing a T12 burst fracture.

HOSPITAL COURSE:  The patient was admitted to the surgical intensive care
unit for close neurologic monitoring.  Spinal precautions were maintained,
and the patient's strength and sensation remained within normal limits.
Dr. Coester of neurosurgery was consulted, and the patient underwent the
previously mentioned operative intervention.  Postoperatively, the patient
was fitted with a TLSO brace and assisted to mobilize with physical and
occupational therapy.  Education was provided on donning and doffing the
TLSO brace.  Activity was gradually increased until the patient was up
ambulating independently.

Preoperatively, the patient did experience increased temperatures, which
were evaluated, and the patient was found to have right lower lobe
atelectasis and pleural effusion.  EzPAP breathing treatments were
initiated.  The patient's pulmonary status improved, and he was able to
wean from oxygen prior to discharge.

DISCHARGE DISPOSITION:  The patient was discharged home with family.

```
NAME:            BULLOCK,JASON W
UNIT #:          UN01626424
ACCT #:          MR00355008
ADM DATE:        03/26/12
DISCHARGE DATE:  03/29/12
```

DISCHARGE INSTRUCTIONS:  The patient and his family are instructed that he
is to wear the TLSO brace any time he is out of bed.  He is to continue a
regular diet and avoid lifting anything over 10 pounds.  He is reminded
not to push, pull, twist or bend.  He may shower but should avoid baths.
He is sent home with prescriptions for hydrocodone, Flexeril and
bacitracin and reminded not to take Tylenol in addition to the
hydrocodone.  He is given the number for Dr. Coester's office and told to
call to make a followup appointment in 7-10 days.  At this followup
appointment, he will have his staples removed.  The patient is instructed
to return to the Emergency Room if he should experience increasing pain
not relieved by pain medication, weakness or a change in sensation in his
lower extremities or signs of wound infection.  All instructions are
provided verbally and in writing.  The patient verbalized an understanding
of these instructions.

```
Transcribed By:      2NTS     05/10/12 1620

Report Dictated By:  HOPE E WELLINGTON  05/09/12 1420
Report Co-Signer:    CRIBARI MD,CHRIS

Report E-Signed By:  HOPE E WELLINGTON   05/22/12 0756
Report E-Signed By:  CHRIS CRIBARI MD    05/11/12 1745
```

cc

## POUDRE VALLEY HOSPITAL
POUDRE VALLEY HEALTH SYSTEM
### Medical Imaging
FORT COLLINS, CO 80524

1024 SOUTH LEMAY AVE.                                      (970) 495-8600

---

**PATIENT:** BULLOCK, JASON W                 **ACCT NUMBER:** PV07132318
**DOB:** 08/29/1975                           **UNIT NUMBER:** UN01626424
**AGE/SEX:** 36/M                                    **LOCATION:** P RAD
**ORDERING PROVIDER:** COESTER, HANS C MD       **EXAM DATE:** 06/22/12

**CC:**

**EXAM(S):**
_____

SPINE LUMBOSACRAL MIN 4 VIEWS


EXAMINATION:  AP and lateral lumbar spine, with flexion and extension
views from 06/22/2012.

HISTORY:  Followup fusion.

COMPARISON:  Comparison is made with an MRI scan of the lumbar spine
from 03/26/2012.

FINDINGS:  There is a moderate compression fracture deformity of T12.
Opaque material is present in the body of T12 consistent with a
kyphoplasty.  The patient has undergone posterior fusion from T11 to
L1.  Bilateral pedicle screw and plate devices are in place.  They are
transfixed by pedicle screws bilaterally at the T11 and L1 levels.
There is no evidence of motion at the fused levels with flexion and
extension.

No other vertebral body fractures are identified.  There are Schmorl's
nodes in the superior endplates of L2, L3 and L4.  The posterior
elements align appropriately.

It appears that S1 is a transitional lumbosacral vertebra.

IMPRESSION:

1.  Stable-appearing fusion from T11 to L1.

2.  There is a moderate compression fracture deformity of T12, which
has undergone kyphoplasty.

3.  No acute-appearing bony abnormalities are identified.

2NTS  06/22/12 1052

Report Dictated By: CHARLES J SINGER MD  06/22/12 1035
Report E-Signed By: CHARLES J SINGER MD  06/22/12 1136