IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00855-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JASON W. BULLOCK,

    Plaintiff,

v.

HANS C. COESTER,

    Defendant.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    Plaintiff, Jason W. Bullock, has submitted *pro se* a Complaint (ECF No. 1) and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
1.   ___  is not submitted
2.   ___  is not on proper form (must use the court's current form)
3.   ___  is missing original signature by plaintiff/petitioner/applicant
4.   ___  is missing affidavit
5.   ___  affidavit is incomplete
6.   ___  affidavit is not notarized or is not properly notarized
7.   ___  names in caption do not match names in caption of complaint, petition or application

<mark>8.</mark>     ___     other:

**Complaint or Petition**:
1.    ___     is not submitted
2.    ___     is not on proper form (must use the court's current form)
3.    ___     is missing an original signature by the plaintiff/petitioner/applicant
4.    ___     is incomplete
5.    ___     uses et al. instead of listing all parties in caption
6.    ___     names in caption do not match names in text
7.    ___     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
8.    _X_    other: Plaintiff has not provided a basis for federal jurisdiction on page 2 of the complaint.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved form for filing a Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use that form in curing the designated deficiencies. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 26, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

<mark>2</mark>
<mark>Case 1:14-cv-00855-LTB   Document 4   Filed 03/26/14   USDC Colorado   Page 2 of 2</mark>